**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6063**

———————

KEITH SHAIFER,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND; WILLIAM SIZER, JR.,
Warden; DOCTOR JOHANNES; DOCTOR SOAR; DOCTOR
REEVES; URIEL VELANDIA, Doctor; PATRICIA
WRIGHT, M.D.; CAPTAIN DAWSON; JOHN SCHMITT,
Security Chief; LARRY EATON, Lieutenant; DOC-
TOR MILLER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-99-
1037-MJG)

———————

Submitted: June 13, 2000          Decided: August 10, 2000

———————

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Keith Shaifer, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Baltimore, Maryland; Philip Melton Andrews, Michael Evan
Blumenfeld, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Shaifer appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shaifer v. Maryland, No. CA-99-1037-MJG (D. Md. Dec. 3, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court's order is marked as "filed" on December 2, 1999, the court's records show that it was entered on the docket sheet on December 3, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2